UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. BUCKSHAW, President, J.J.
Buckshaw & Associates,

      Plaintiff,

v.                                             Case No. 8:12-mc-00037-T-33MAP

ATTORNEY GENERAL OF FLORIDA,
HILLSBORO COUNTRY LAW DEPARTMENT,
C/O, TAMPA PUBLIC LIBRARY, FEDEX
OFFICE (KINKOS), Jacksonville, Orlando,
Hillsboro, and Pinellas County locations,
JACKSONVILLE AND CLEARWATER CITY
ATTORNEYS, PINELLAS COUNTY
COMMONWEALTHS ATTORNEY, and
COUNTY COURT IN AND FOR PINELLAS
COUNTY, FLORIDA,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This is an action in which Plaintiff seeks to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915 (doc.1). Section 1915 represents a balance between facilitating an indigent person's access to the courts and curbing the potentially vast number of suits by such persons, who, unlike those who must pay in order to litigate their claims, have no economic disincentives to filing frivolous or malicious suits once *in forma pauperis* status is granted. A district court may conclude a case has little or no chance of success and dismiss the complaint when it determines from the face of the complaint that the factual allegations are "clearly baseless" or that the legal theories are "indisputably meritless." *Carroll v. Gross*, 984 F.2d 393, 393 (11th Cir.1993) citing *Neitzke v. Williams*, 490 U.S. 319, 327 (1989).

Plaintiff appears to allege in his complaint, although it is far from clear, that the Defendants falsely accused him of trespass, falsely arrested him, and falsely accused him of sleeping on a bench at Clearwater Beach in 1999. It appears he is attempting to request the Court restrain the police from arresting him and stay a state court proceeding. Plaintiff's helter-skelter "complaint" cites random sections of 42 U.S.C. A. § 2000 and various sections of the Florida Statutes. Upon consideration of Plaintiff's disjointed and rambling allegations, I find his claims baseless and his legal theories are meritless.[1] A claim is considered frivolous if it lacks an arguable basis in law or in fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). It is hereby

RECOMMENDED:

1. Plaintiff's request to proceed *in forma pauperis* be denied and his claims be dismissed with prejudice.

IT IS SO REPORTED in Tampa, Florida on April 26, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an

---

[1] Furthermore, Plaintiff fails to include an affidavit of indigency. Local Rule 4.07(a) sets forth the requirements in which a prospective *in forma pauperis* Plaintiff must satisfy, which includes attaching an affidavit of indigency, pursuant to 28 U.S.C. § 1915(a)(1). *See* L.R. 4.07(a) M.D. Fla. and 28 U.S.C. § 1915(a)(1).

aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: The Honorable Virginia Covington
 Plaintiff, pro se