```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

JOHN J. BUCKSHAW,

        Plaintiff,

v.                                Case No. 8:12-mc-37-T-33MAP

ATTORNEY GENERAL OF FLORIDA, ET AL.,

        Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the April 26, 2012, report and recommendation of Mark A. Pizzo, United States Magistrate Judge (Doc. # 2), in which Judge Pizzo recommends that Plaintiff's request to proceed *in forma pauperis* (Doc. # 1) be denied and that his claims be dismissed with prejudice. Specifically, Judge Pizzo concluded "upon consideration of Plaintiff's disjointed and rambling allegations" that Plaintiff's claims are "baseless and his legal theories are meritless." (Doc. # 2).

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation of Mark A. Pizzo, United States Magistrate Judge (Doc. # 2) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff's request to proceed *in forma pauperis* (Doc. # 1) is **DENIED**.

(3) This case is dismissed with prejudice.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of May, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record